UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



JUN 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOOD & WATER WATCH; et al.,

        Plaintiffs - Appellees,

and

AMERICAN ACADEMY OF
ENVIRONMENTAL MEDICINE and
INTERNATIONAL ACADEMY OF
ORAL MEDICINE & TOXICOLOGY,

        Plaintiffs,

  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY and E. SCOTT
PRUITT, Administrator, U.S.
Environmental Protection Agency, in his
official capacity,

        Defendants - Appellants.

No. 26-1365

D.C. No. 3:17-cv-02162-EMC
Northern District of California,
San Francisco

ORDER

The motion (Docket Entry No. 12) to stay appellate proceedings is granted

in part. The briefing schedule is vacated.

Appellate proceedings other than mediation are stayed until July 13, 2026. If

no motion for further relief is filed before this date, the briefing schedule will be

reset in a future order.

                        FOR THE COURT:
                        MOLLY C. DWYER
                        CLERK OF COURT

26-1365